UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINIA

Jonathan Lee Riches©,
Plaintiff

Civil No: 4:07-4139-MBS-WMC

v.

Bruce Horovitz d/b/a USA Today Reporter; Julie Schmit d/b/a USA Today Reporter; Del Jones d/b/a USA Today Corporate Management reporter,
Defendants

## Complaint

42 USC 1983. I seek $35 million because I'm denied USA today at a respected price. I'm in Solitary at FCI Williamsburg. I only make .12¢ a month. FCI Williamsburg won't let me have USA today. Defendants don't report my rapid weight loss due to no food. I'm sick, weak, & got bowel problems, and my kidneys hurt. They don't report Federal prison abuse, instead they focus on Cuba's Guantanamo Bay. This is neglect. I seek money for civil rights violation.

Jonathan Lee Riches©
#40948-018 FCI Williamsburg
P.O. Box 340 Salters, S.C. 29590
843-387-9400

Respectfully Submitted
Jonathan Lee Riches©